UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL POMPONIO,<br>    Plaintiff,<br>    v.<br>CONFIANZA QUICK ACCESS OF INSURANCE SERVICES, INC., et al.,<br>    Defendants. | Case No. 19-cv-01457-RS<br><br>**ORDER TO SHOW CAUSE** |

This Americans with Disabilities Act ("ADA") case was filed in March 2019. Defendants were served and answered the complaint soon thereafter. There have been no filings since July 2019. In accordance with this District's General Order 56, a joint site inspection, initial disclosures, and settlement meeting should have occurred since that date. However, the parties appear to have failed to comply.

The parties are therefore ordered either to file a Notice of Settlement or Notice of Need for Mediation, as required by General Order 56, or provide a status update showing cause why they have failed to comply, within 30 days of the date of this Order. The case will otherwise be dismissed.

**IT IS SO ORDERED**.

Dated: March 3, 2020

_____
RICHARD SEEBORG
United States District Judge