1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7   MERYL POMPONIO,

Case No. 19-cv-01457-RS

            Plaintiff,

8

9        v.

**STANDBY ORDER OF DISMISSAL**

10  CONFIANZA QUICK ACCESS OF
    INSURANCE SERVICES, INC., et al.,

11           Defendants.

12
13      The Court has been informed that the above-entitled action has settled. Accordingly, the

14  Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal

15  by **June 11, 2020**. If a stipulation of dismissal is not filed by that date, the parties are ordered to

16  appear on **June 18, 2020, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco**

17  **Courthouse** and show cause why the case should not be dismissed. Failure to comply with this

18  Order may result in dismissal of the case.

19

20      **IT IS SO ORDERED.**

21
22
23  Dated: March 20, 2020

24                                          _____
                                            Richard Seeborg
25                                          United States District Judge

26
27
28